UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cruz

VS.

CV. NO. 3:01 cv 1920 (JBA)

USCA NO. 02-149

Murphy

INDEX TO THE RECORD ON APPEAL